SCWC-28948

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

PACIFIC LIGHTNET, INC.,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

TIME WARNER TELECOM, INC., and TIME WARNER TELECOM OF HAWAII
L.P., Respondents/Defendants-Appellees/Cross-Appellants.
(Civil No. 03-1-2557)

PACIFIC LIGHTNET, INC.,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

TIME WARNER TELECOM OF HAWAII L.P. a Delaware limited
partnership, Respondent/Defendant-Appellee/Cross-Appellant,

and

ALVEN KAMP, Respondent/Defendant-Appellee.
(Civil No. 05-1-0428)

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NOS. 28948 and 29105; CIVIL NOS. 03-1-2557 and 05-1-0428)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on April

22, 2013 by Petitioner/Plaintiff-Appellant/Cross-Appellee Pacific

Lightnet, Inc. is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, May 29, 2013.

| | |
|---|---|
| Margery S. Bronster,<br>Rex Y. Fujichaku,<br>for petitioner | /s/ Mark E. Recktenwald<br><br>/s/ Paula A. Nakayama |
| J. Douglas Ing,<br>Brian A. Kang,<br>and Emi L.M. Kaimuloa,<br>for respondent | /s/ Simeon R. Acoba, Jr.<br><br>/s/ Sabrina S. McKenna<br><br>/s/ Richard W. Pollack |

